UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS GONZALES #489542,

    Petitioner,                                 Hon. Phillip J. Green

v.                                                  Case No. 1:20-cv-1237

S. L. BURT,

    Respondent.
_____/

## **JUDGMENT**

Consistent with the Opinion filed this day (ECF No. 38), the undersigned finds that Petitioner is not being confined in violation of the laws, Constitution, or treaties of the United States. Accordingly, it is the **JUDGMENT** of this Court that Lucas Gonzales' petition for writ of habeas corpus is **DENIED**. The undersigned also denies Petitioner a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473 (2000); *Miller-El*, 537 U.S. at 336.

Date: May 1, 2023                                      /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge